

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,478-01

### EX PARTE ORA CURTIS GARDNER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR20-00151 IN THE 235TH DISTRICT COURT
### FROM COOKE COUNTY

*Per curiam*.

## O R D E R

Applicant pleaded guilty and was convicted of one count of sexual assault of a child–bigamy and seventeen counts of sexual assault. He was sentenced to twenty-eight years' imprisonment on count one and twenty years' imprisonment for the other counts. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that plea was involuntary because counsel failed to fully inform him of the rights he was waiving by pleading guilty and for telling him that if he did not plead guilty he would receive essentially a life sentence. Applicant has alleged facts that, if true, might entitle him to relief. *Brady v. United States*, 397 U.S. 742 (1970). Accordingly, the record should be developed.

The trial court is the appropriate forum for findings of fact. TEX. CODE CRIM. PROC. art. 11.07, § 3(d). The trial court shall order trial counsel to respond to Applicant's claim. In developing the record, the trial court may use any means set out in Article 11.07, § 3(d). If the trial court elects to hold a hearing, it shall determine whether Applicant is indigent. It appears that Applicant is represented by counsel. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him at the hearing. *See* TEX. CODE CRIM. PROC. art. 26.04.

The trial court shall make findings of fact and conclusions of law as to whether Applicant's plea was involuntary. The trial court may make any other findings and conclusions that it deems appropriate in response to Applicant's claims.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.


Filed: February 1, 2023
Do not publish